## VERDICT SHEET

Re:    Koehler v. MTA
       CV 16-3
       September 15, 2022

### Federal Employer Liability Act (FELA)

1. Has Plaintiff proven, by a preponderance of the evidence that the MTA was negligent?

   YES ✓      NO ____

   If **YES**, Proceed to answer Question 2.

   If **NO**, DO NOT answer Question 2 and inform the Clerk.

2. Has Plaintiff proven, by a preponderance of the evidence, that the MTA's negligence caused the Plaintiff's injuries, no matter how slightly?

   YES ✓      NO ____

   If you have answered **YES to BOTH** Questions 1 AND 2, Proceed to Answer Question 3.

   If you have **NOT** answered YES to BOTH Questions 1 AND 2 inform the Clerk.

1

## Damages Instructions

### Answer "Damages" ONLY IF

You have answered **YES**, to Questions 1 AND 2.

3. What damages, if any, is Plaintiff entitled to recover?

   A. Past Lost Wages and Overtime:

   $ __375,000__

   B. Past physical pain and suffering and emotional suffering:

   $ __62,500__

   C. Future physical pain and suffering and emotional suffering:

   $ __62,500__

2